DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane WA 99201-1315
(509) 747-8481

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>Trotchie, Keith Allen<br>Trotchie, Cynthia Radene<br>_____ Debtor(s). | CASE NO. 06-02809-PCW13<br><br>ORDER OF DISMISSAL |

This matter having come before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee on 1/19/2010, and it appearing that there are no outstanding Objections to the Motion to Dismiss, it is hereby:

ORDERED that the above-entitled proceeding is dismissed.

Presented By:

*/s/ Daniel H. Brunner*

Daniel H. Brunner, Chapter 13 Trustee

*/s/ Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

02/25/2010 15:52:30

ORDER OF DISMISSAL